# Exhibit B

# Gillian Cassell-Stiga

**From:** Gillian Cassell-Stiga
**Sent:** Saturday, January 20, 2018 11:39 AM
**To:** 'Connelly, Elizabeth (Law)'
**Subject:** RE: Legend v. City settlement

We will not be providing a W9 for the plaintiff, but will as usual provide it for our lawfirm.

---------------

**Gillian Cassell-Stiga | Associate**
**Beldock Levine & Hoffman LLP**
**99 Park Avenue, PH/26th Fl. | New York, NY 10016**
Tel: (212) 490-0400| Fax: (212) 277-5880
gcassell@blhny.com |http://www.blhny.com

This email message may contain information that is privileged, confidential, or otherwise protected from disclosure. Unless you are the addressee, you may not copy or disclose any content contained herein. If you have received this message in error, please notify the sender by replying to this message, and then destroy the content recieved. Thank you.

**From:** Connelly, Elizabeth (Law) [mailto:econnell@law.nyc.gov]
**Sent:** Friday, January 19, 2018 2:52 PM
**To:** Gillian Cassell-Stiga
**Subject:** Legend v. City settlement

Good afternoon:

Please see attached settlement paperwork for execution. Also note that the comptroller's office is requiring a W-9 for the plaintiff and plaintiff's firm.

Have a good weekend!


Elizabeth Connelly
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, New York 10007
Tel: (212) 356-2547
econnell@law.nyc.gov