# Exhibit C

# Gillian Cassell-Stiga

| | |
|---|---|
| **From:** | Gillian Cassell-Stiga |
| **Sent:** | Thursday, February 01, 2018 3:35 PM |
| **To:** | 'Connelly, Elizabeth (Law)' |
| **Subject:** | RE: Legend v. City settlement |
| **Attachments:** | Legend - 2018.02.01 Coverletter and Executed settlement docs.pdf |

Elizabeth,

It's our understanding that the attached paperwork completes our settlement obligations, and that this settlement was not reached with any contemplation of a W9 requirement for the plaintiff.

Do you have a moment to discuss by phone?

Warm regards,

Gillian

---------------

**Gillian Cassell-Stiga | Associate**
**Beldock Levine & Hoffman LLP**
**99 Park Avenue, PH/26th Fl. | New York, NY 10016**
Tel: (212) 490-0400| Fax: (212) 277-5880
gcassell@blhny.com | http://www.blhny.com

This email message may contain information that is privileged, confidential, or otherwise protected from disclosure. Unless you are the addressee, you may not copy or disclose any content contained herein. If you have received this message in error, please notify the sender by replying to this message, and then destroy the content recieved. Thank you.

---

**From:** Connelly, Elizabeth (Law) [mailto:econnell@law.nyc.gov]
**Sent:** Thursday, February 01, 2018 3:03 PM
**To:** Gillian Cassell-Stiga
**Subject:** RE: Legend v. City settlement

Hi Gillian,

You accidently sent me the wrong paperwork. This is Rich's case.

Thanks,

Elizabeth Connelly
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, New York 10007
Tel: (212) 356-2547
econnell@law.nyc.gov

**From:** Gillian Cassell-Stiga [mailto:GCassell@BLHNY.COM]
**Sent:** Thursday, February 01, 2018 2:46 PM
**To:** Connelly, Elizabeth (Law)
**Subject:** RE: Legend v. City settlement

Good afternoon,

Please find attached the completed settlement paperwork, on its way to you by hand delivery.

Best,


---------------
**Gillian Cassell-Stiga | Associate**
**Beldock Levine & Hoffman LLP**
**99 Park Avenue, PH/26th Fl. | New York, NY 10016**
Tel: (212) 490-0400| Fax: (212) 277-5880
gcassell@blhny.com |http://www.blhny.com

This email message may contain information that is privileged, confidential, or otherwise protected from disclosure. Unless you are the addressee, you may not copy or disclose any content contained herein. If you have received this message in error, please notify the sender by replying to this message, and then destroy the content recieved. Thank you.

**From:** Connelly, Elizabeth (Law) [mailto:econnell@law.nyc.gov]
**Sent:** Friday, January 19, 2018 2:52 PM
**To:** Gillian Cassell-Stiga
**Subject:** Legend v. City settlement

Good afternoon:

Please see attached settlement paperwork for execution. Also note that the comptroller's office is requiring a W-9 for the plaintiff and plaintiff's firm.

Have a good weekend!


Elizabeth Connelly
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, New York 10007
Tel: (212) 356-2547
econnell@law.nyc.gov

2

## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26ᵀᴴ FLOOR
### NEW YORK, N.Y. 10016-1601

CYNTHIA ROLLINGS
JONATHAN MOORE•△
KAREN L. DIPPOLD
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT°
MARC A. CANNAN

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
MARJORY D. FIELDS
JOSHUA S. MOSKOVITZ
EMILY JANE GOODMAN
 (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

ALSO ADMITTED IN:
•CALIFORNIA
△ILLINOIS
°NEW JERSEY

REF:
970000.03000
WRITER'S DIRECT DIAL:
212-277-5824
gcassell@blhny.com

**VIA HAND DELIVERY AND EMAIL**                February 1, 2018

Elizabeth Connelly
Senior Counsel
New York City Law Department
100 Church Street
New York, New York 10007

    Re:   *Legend v. City of New York, et al.*
           **Index No. 17 Civ. 2159 (NGG)(VMS)**

Dear Ms. Connelly,

    Included herein, please find the executed settlement documents in the above referenced matter, including:

- Stipulation of Settlement
- Stipulation and Order of Dismissal
- Plaintiff's Affidavit of Status of Liens
- General Release Ms. Legend
- W-9 for Beldock Levine & Hoffman

    Should you have any additional questions or concerns, please do not hesitate to contact us.

Best regards,

Gillian Cassell-Stiga